## 30309. JONES *v.* CITY OF ATLANTA.

GARDNER, J. 1. The defendant was convicted in the recorder's court of the violation of a city ordinance. No attack was made on the validity of the ordinance in the trial court. This being true, this court is without authority of law to consider whether the ordinance is valid. *O'Quinn* v. *Mayor & Council of Homerville*, 42 *Ga. App.* 628 (157 S. E. 109).

2. The evidence amply sustains the verdict. The court did not err in dismissing the certiorari for any of the reasons assigned.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 8, 1944.

*Barrett & Hayes,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. C. Savage, E. L. Sterne, J. C. Murphy, Bond Almand,* contra.

## 30310. McELWEE *v.* CITY OF ATLANTA.

GARDNER, J. This is a companion case to *Jones* v. *City of Atlanta*, ante, involving the same transaction. The decision in that case is controlling in this case. The same ordinance is involved, and substantially the same evidence.

The court did not err in dismissing the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 8, 1944.

*Barrett & Hayes,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. C. Savage, E. L. Sterne, J. C. Murphy, Bond Almand,* contra.